COMMISSIONER OF INTERNAL REVE-NUE v. Ira P. CASE.

No. 5631.

Circuit Court of Appeals, Seventh Circuit.

July 17, 1936.

Robert Jackson, of Washington, D. C., for petitioner.

Frank C. Olive, of Indianapolis, Ind., for respondent.

Before EVANS, ALSCHULER, and SPARKS, Circuit Judges.

PER CURIAM.

A stipulation of counsel having been filed in this cause in this court on October 18, 1935, which provides that the same judgment be entered in this cause as in cause 5630, Commissioner of Internal Revenue v. Martha A. Bolender, it is further ordered and adjudged by this court that this decision entered in this cause on April 25, 1936, by the United States Board of Tax Appeals be, and the same is hereby, affirmed.

■

COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. Dorothy B. CUTHELL, Respondent.

No. 95.

Circuit Court of Appeals, Second Circuit.

Dec. 10, 1936.

Morton K. Rothschild, Sp. Asst. to the Atty. Gen., Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to the Atty. Gen., for petitioner.

Cuthell, Hotchkiss & Mills, of New York City, for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

■

COMPAGNIE GENERALE TRANSATLAN-TIQUE, Plaintiff-Appellant, v. UNITED STATES, Defendant-Appellee.

No. 66.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1936.

R. O'Donnell, of Washington, D. C., and Edward J. Garity, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.